FILED
OCT - 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WORLDWIDE NETWORK SERVICES, )
LLC, )
1900 M Street, NW )
Suite 500 )
Washington, DC 20036 )
 )
      **Plaintiff,** )
 )
      v. )
 )
DYNCORP INTERNATIONAL, LLC, )
3190 Fairview Park Drive, Suite 350 )
Falls Church, VA 22042 )
 )
and )
 )
EDO CORPORATION, )
60 East 42nd Street )
42nd Floor )
New York, NY 10165 )
 )
      **Defendants.** )
 )

CASE NUMBER 1:06CV01717

JUDGE: Richard J. Leon

DECK TYPE: Civil Rights (non-employment

DATE STAMP: 10/05/2006

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Worldwide Network Services, LLC ("WWNS") hereby certifies, as of October 2, 2006, the following:

(i)    WWNS has no parent corporation; and

(ii)    No publicly held corporation owns ten percent or more of WWNS stock.

2

Dated: October 5, 2006

Respectfully submitted,

*[signature]*

Michele A. Roberts (D.C. Bar No. 337998)
Anthony T. Pierce (D.C. Bar No. 415263)
AKIN GUMP STRAUSS HAUER & FELD, LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
Telephone: 202.887.4000
Facsimile: 202.887.4288

2