IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WORLDWIDE NETWORK SERVICES, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DYNCORP INTERNATIONAL, LLC, )<br>et al. )<br>)<br>Defendants. ) | Case No. 1:06CV01717<br>Judge: Richard J. Leon |

**UNOPPOSED MOTION OF DEFENDANT
DYNCORP INTERNATIONAL, LLC FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b), Defendant DynCorp International, LLC ("DynCorp") hereby moves for an Order of the Court extending the time to respond to the Complaint filed by Plaintiff Worldwide Network Services, LLC ("WWNS"). The Complaint was served on DynCorp on October 6, 2006, so the response is currently due on October 26, 2006. DynCorp respectfully requests that its time to answer or otherwise plead be extended by 18 days, to November 13, 2006. Additional time is needed to investigate the allegations of this six-count Complaint. The undersigned spoke with Anthony T. Pierce, counsel for Plaintiff WWNS, who advised that Plaintiff does not oppose the requested extension.

Respectfully submitted,

/s/ George D. Ruttinger
George D. Ruttinger (D.C. Bar No. 214445)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004
Telephone: (202) 624-2670
Facsimile:  (202) 628-5116
Email: gruttinger@crowell.com
Counsel for Defendant
DynCorp International, LLC

Dated:  October 12, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WORLDWIDE NETWORK SERVICES, LLC, )<br><br>  Plaintiff, )<br><br>  v. )<br><br>DYNCORP INTERNATIONAL, LLC, )<br>et al. )<br><br>  Defendants. ) | Case No. 1:06CV01717<br>Judge: Richard J. Leon |

## [PROPOSED] ORDER

This matter having come before the Court on the Unopposed Motion of Defendant DynCorp International, LLC for Extension of Time to Respond to Complaint, and it appearing that this motion is unopposed and that good cause exists for the requested extension, it is hereby

ORDERED, that the time for DynCorp International, LLC to answer or otherwise plead in response to the Complaint in this action is extended until November 13, 2006

_____
The Honorable Richard J. Leon
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2006, a copy of the foregoing Unopposed Motion of Defendant DynCorp International, LLC for Extension of Time to Respond to Complaint was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.