IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WORLDWIDE NETWORK SERVICES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DYNCORP INTERNATIONAL, LLC, and EDO CORPORATION. <br><br> Defendants. | Case No. 1:06CV01717 <br> Judge: Richard J. Leon |

## NOTICE OF APPEARANCE

Pursuant to Local Civil Rule 83.6(a), William M. Sullivan, Jr., Sarah M. Hall, and Ryan S. Spiegel, all of the law firm of Winston & Strawn LLP, hereby enter their appearances on behalf of Defendant EDO Corporation in the above-captioned civil matter. All of the undersigned certify that they are members of the bar of this Court.

Respectfully submitted,

/s/ William M. Sullivan, Jr.
William M. Sullivan, Jr.
    Federal Bar No. 467269
    Email: wsullivan@winston.com
Sarah M. Hall
    Federal Bar No. 479119
    Email: smhall@winston.com
Ryan S. Spiegel
    Federal Bar No. 489103
    Email: rspiegel@winston.com
**Winston & Strawn LLP**
1700 K Street, N.W.
Washington, D.C. 20006
Tel. (202) 282-5000
Fax (202) 282-5100
*Counsel for Defendant EDO Corporation*

Dated: October 20, 2006