IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WORLDWIDE NETWORK SERVICES, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DYNCORP INTERNATIONAL, LLC, ) <br> and EDO CORPORATION. ) <br> ) <br> Defendants. ) | Case No. 1:06CV01717 <br> Judge: Richard J. Leon |

**UNOPPOSED MOTION OF DEFENDANT
EDO CORPORATION FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b), Defendant EDO Corporation ("EDO") hereby moves for an Order of the Court extending the time to respond to the Complaint filed by Plaintiff Worldwide Network Services, LLC ("WWNS"). The Complaint was served on EDO on October 10, 2006, so the response is currently due on October 30, 2006. EDO respectfully requests that its time to answer or otherwise plead be extended by 16 days, to November 15, 2006. Additional time is needed to investigate the allegations of the Complaint. The undersigned spoke with Michele A. Roberts, counsel for Plaintiff WWNS, who advised that Plaintiff does not oppose the requested extension. Moreover, the Court has already granted a similar extension to Defendant DynCorp International, LLC.

        Respectfully submitted,


        /s/ William M. Sullivan, Jr.
        William M. Sullivan, Jr.
            Federal Bar No. 467269
            Email: wsullivan@winston.com
        **WINSTON & STRAWN LLP**
        1700 K Street, N.W.
        Washington, D.C. 20006
        Tel. (202) 282-5000
        Fax (202) 282-5100
        *Counsel for Defendant EDO Corporation*


Dated: October 20, 2006

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WORLDWIDE NETWORK SERVICES, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DYNCORP INTERNATIONAL, LLC, )<br>and EDO CORPORATION. )<br>)<br>Defendants. ) | Case No. 1:06CV01717<br>Judge: Richard J. Leon |

## **PROPOSED ORDER**

This matter having come before the Court on the Unopposed Motion of Defendant EDO Corporation for Extension of Time to Respond to Complaint, and it appearing that this motion is unopposed and that good cause exists for the requested extension, it is hereby

ORDERED that the time for EDO Corporation to answer or otherwise plead in response to the Complaint in this action is extended until November 15, 2006.

_____
The Honorable Richard J. Leon
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2006, a copy of the foregoing Unopposed Motion of Defendant EDO Corporation for Extension of Time to Respond to Complaint was filed electronically. I understand that pursuant to Local Civil Rule 5.4(d), electronic filing of the aforementioned Motion operates to effect service on all counsel, because all counsel have obtained CM/ECF passwords.

/s/ William M. Sullivan, Jr.
William M. Sullivan, Jr.