IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WORLDWIDE NETWORK SERVICES, )
LLC, )
 )
   Plaintiff, )
 )
  v. )  Case No. 1:06CV01717
 )  Judge:  Richard J. Leon
DYNCORP INTERNATIONAL, LLC, )
et al. )
 )
   Defendants. )

**SECOND UNOPPOSED MOTION OF DEFENDANT
DYNCORP INTERNATIONAL, LLC FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b), Defendant DynCorp International, LLC ("DynCorp") hereby moves for an Order of the Court extending the time to respond to the Complaint filed by Plaintiff Worldwide Network Services, LLC ("WWNS") by two days, from November 13 to November 15, 2006.  On October 14, 2006, the Court granted DynCorp's first unopposed motion extending the time for responding by 18 days, to November 13.  On October 25, the Court granted the unopposed motion of DynCorp's co-defendant, EDO Corporation, for an extension of time to respond to the Complaint until November 15.  The requested extension would make both defendants' responsive pleadings due on the same day.   The undersigned spoke with Anthony T. Pierce, counsel for Plaintiff  WWNS, who advised that Plaintiff does not oppose the requested extension.

Respectfully submitted,


/s/ George D. Ruttinger
George D. Ruttinger (D.C. Bar No. 214445)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004
Telephone: (202) 624-2670
Facsimile:  (202) 628-5116
Email: gruttinger@crowell.com
Counsel for Defendant
DynCorp International, LLC

Dated:  October 30, 2006

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WORLDWIDE NETWORK SERVICES,        )
LLC,                               )
                                   )
            Plaintiff,             )
                                   )
        v.                         )        Case No. 1:06CV01717
                                   )        Judge:  Richard J. Leon
DYNCORP INTERNATIONAL, LLC,        )
et al.                             )
                                   )
            Defendants.            )

## [PROPOSED] ORDER

This matter having come before the Court on the Second Unopposed Motion of Defendant DynCorp International, LLC for Extension of Time to Respond to Complaint, and it appearing that this motion is unopposed and that good cause exists for the requested extension, it is hereby

ORDERED, that the time for DynCorp International, LLC to answer or otherwise plead in response to the Complaint in this action is extended until November 15, 2006

_____
The Honorable Richard J. Leon
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2006, a copy of the foregoing Second

Unopposed Motion of Defendant DynCorp International, LLC for Extension of Time

to Respond to Complaint was filed electronically.  I understand that notice of this

filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.


/s/George D. Ruttinger
George D. Ruttinger