IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WORLDWIDE NETWORK SERVICES, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| DYNCORP INTERNATIONAL, LLC, and EDO CORPORATION. | ) ) ) |
| Defendants. | ) |

Case No. 1:06CV01717
Judge: Richard J. Leon

## NOTICE OF APPEARANCE

Pursuant to Local Civil Rule 83.6(a), Ryan S. Spiegel, of the law firm Winston & Strawn LLP, hereby enters his appearance on behalf of Defendant EDO Corporation in the above-captioned civil matter. The undersigned certifies that he is a member of the bar of this Court.

Respectfully submitted,

/s/   Ryan S. Spiegel
Ryan S. Spiegel
    Federal Bar No. 489103
    Email: rspiegel@winston.com
**Winston & Strawn LLP**
1700 K Street, N.W.
Washington, D.C.  20006
Tel. (202) 282-5000
Fax (202) 282-5100
*Counsel for Defendant EDO Corporation*

Dated:  November 6, 2006