IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WORLDWIDE NETWORK SERVICES, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:06CV01717 |
| DYNCORP INTERNATIONAL, LLC, and EDO CORPORATION. | ) ) ) ) | Judge: Richard J. Leon |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

Pursuant to Local Civil Rule 83.6(a), Sarah M. Hall, of the law firm Winston & Strawn LLP, hereby enters her appearance on behalf of Defendant EDO Corporation in the above-captioned civil matter. The undersigned certifies that she is a member of the bar of this Court.

Respectfully submitted,

/s/ Sarah M. Hall
Sarah M. Hall
Federal Bar No. 479119
Email: smhall@winston.com
**Winston & Strawn LLP**
1700 K Street, N.W.
Washington, D.C. 20006
Tel. (202) 282-5000
Fax (202) 282-5100
*Counsel for Defendant EDO Corporation*

Dated: November 6, 2006