IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WORLDWIDE NETWORK SERVICES, LLC, <br><br>Plaintiff, <br><br>v. <br><br>DYNCORP INTERNATIONAL, LLC, and EDO CORPORATION. <br><br>Defendants. | Case No. 1:06-CV-01717 <br> Judge Richard J. Leon |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

Pursuant to Local Civil Rule 7.1, the undersigned counsel of record for Defendant EDO Corporation, certifies that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of EDO Corporation which have any outstanding securities in the hands of the public. EDO Corporation itself does have outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated:   Washington, D.C.
         November 15, 2006

                            Respectfully submitted,

                            /s/ William M. Sullivan, Jr.
                            William M. Sullivan, Jr.
                                Federal Bar No. 467269
                                Email: wsullivan@winston.com
                            Sarah M. Hall
                                Federal Bar No. 479119
                                Email: smhall@winston.com
                            Ryan S. Spiegel
                                Federal Bar No. 489103
                                Email: rspiegel@winston.com
                            **WINSTON & STRAWN LLP**
                            1700 K Street, N.W.
                            Washington, D.C. 20006
                            Tel. (202) 282-5000
                            Fax (202) 282-5100

                            *Counsel for Defendant EDO Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2006, a copy of the foregoing *DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS* was filed electronically. I understand that pursuant to Local Civil Rule 5.4(d), electronic filing of the aforementioned Disclosure operates to effect service on all counsel, because all counsel have obtained CM/ECF passwords.

/s/  William M. Sullivan, Jr.
William M. Sullivan, Jr.

DC:491448.1