IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WORLDWIDE NETWORK SERVICES, LLC<br><br>Plaintiff,<br><br>v.<br><br>DYNCORP INTERNATIONAL, LLC,<br><br>and<br><br>EDO CORPORATION<br><br>Defendants. | Case No. 1:06cv01717<br>Judge: Richard J. Leon |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Pursuant to Local Rule 7.1 of the United States District Court for the District of Columbia, I, the undersigned, counsel of record for Defendant DynCorp International, LLC, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of DynCorp International, LLC which have any outstanding securities in the hands of the public.

- ➢ DynCorp International, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

        Respectfully submitted,

        /s/ George D. Ruttinger
        George D. Ruttinger (Bar No. 214445)
        CROWELL & MORING LLP
        1001 Pennsylvania Ave., NW
        Washington, D.C. 20004-2595
        Phone: 202-624-2670
        Fax: 202-628-5116

        Attorney for Defendant DynCorp
        International, LLC

November 20, 2006

2908589

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2006, a copy of the foregoing *DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS* was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/George D. Ruttinger

George D. Ruttinger