# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WORLDWIDE NETWORK SERVICES, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **DYNCORP INTERNATIONAL, LLC,** ) | Case No. 1:06cv01717 (RJL) |
| ) | Judge Richard J. Leon |
| and ) | |
| ) | |
| **EDO CORPORATION,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### NOTICE OF APPEARANCE OF ANTHONY T. PIERCE, DEBRA A. DRAKE AND JONATHAN P. ROBELL

To the Clerk of this Court and all parties of record:

Please enter the appearance of Anthony T. Pierce, Debra A. Drake, and Jonathan P. Robell as counsel in this case for plaintiff World Wide Network Services, LLC.

Dated:  December 8, 2006         Respectfully submitted,

/s/ Anthony T. Pierce

Anthony T. Pierce (D.C. Bar No. 415263)
apierce@akingump.com
Debra A. Drake (D.C. Bar No. 479907)
ddrake@akingump.com
Jonathan P. Robell (D.C. Bar. No. 493977)
jrobell@akingump.com
AKIN GUMP STRAUSS HAUER & FELD, LLP
1333 New Hampshire Avenue, NW
Washington, DC  20036
Telephone: 202.887.4000
Facsimile:  202.887.4288

*Counsel for Plaintiff Worldwide Network Services, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2006, I caused a copy of the foregoing Notice of Appearance to be filed electronically. I understand that, pursuant to Local Civil Rule 5.4(d), notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                /s/ Anthony T. Pierce

                                                Anthony T. Pierce