IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WORLDWIDE NETWORK SERVICES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DYNCORP INTERNATIONAL, LLC, <br><br> and <br><br> EDO CORPORATION, <br><br> Defendants. | Case No. 1:06cv01717 (RJL) <br> Judge Richard J. Leon |

## [PROPOSED] ORDER

Upon review and consideration of Defendant DynCorp International, LLC's Motion to Transfer Under 28 U.S.C. § 1404(a) or in the Alternative Dismiss Under Fed. R. Civ. P. 12(b)(3), and Plaintiff World Wide Network Services, LLC's opposition thereto, the Court hereby finds as follows:

1. Plaintiff's claims are not subject to the arbitration clause contained in the contract between Plaintiff and Defendant, and may proceed in federal court.

2. Plaintiff's claims are outside the scope of the forum selection clause contained in the contract between Plaintiff and Defendant.

3. Party and witness convenience and the interest of justice do not merit transfer of this matter to the Eastern District of Virginia.

2

In light of these findings, it is hereby

**ORDERED** that Defendant DynCorp International, LLC's Motion to Transfer Under 28 U.S.C. § 1404(a) or in the Alternative Dismiss Under Fed. R. Civ. P. 12(b)(3) is **DENIED**; and

**DECREED** that the parties shall proceed forthwith to discovery on the merits of Plaintiff's claims.

**SO ORDERED** this ____ day of December, 2006.

_____
The Honorable Richard J. Leon
United States District Judge

2