IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WORLDWIDE NETWORK SERVICES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DYNCORP INTERNATIONAL, LLC, and EDO CORPORATION. <br><br> Defendants. | Case No. 1:06-CV-01717 <br> Judge Richard J. Leon |

## CONSENT MOTION FOR ENLARGEMENT OF TIME TO MEET AND CONFER AND TO FILE ASSOCIATED DOCUMENTS

Defendants EDO Corporation ("EDO") and DynCorp International, LLC ("DynCorp") along with Plaintiff Worldwide Network Services, LLC ("WWNS") (collectively, the "Parties"), by and through their counsel, hereby respectfully request, pursuant to Federal Rule of Civil Procedure 6(b)(1), LCvR 16.3(a) and the Case Management Order entered in this case, an enlargement of time in which to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and LCvR 16.3, and file all associated documents.

The Parties' grounds for this Motion for Enlargement of Time are as follows:

1. The Parties' time, as set forth in the Court's Case Management Order at p. 2, to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and LCvR 16.3 has not yet expired. Such deadline is December 15, 2006. Similarly, the Parties' time to file all documents associated with the Meet and Confer[1] has not yet expired as such

---

[1] Pursuant to the Case Management Order at p. 2, such documents are the Parties' "Joint Meet and Confer Statement addressing all topics listed in Local Civil Rule 16.3(c); and...a proposed scheduling order(s) in accordance with Rule 16.3(d). Counsel are also directed to include in their Joint Meet and Confer Statement a one-

documents, pursuant to the Case Management Order at p. 2, should be submitted 14 days after such Meet and Confer.

2. LCvR 16.3, entitled "DUTY TO CONFER" states in sub-part (a), entitled "TIME FOR CONFERENCE", "Any party may move to extend the deadline [to confer] to a time fixed by the court on the ground that another defendant has not been served or has not yet appeared in the case, *or for other sufficient reasons*." (emphasis added).

3. Federal Rule of Civil Procedure 6(b) provides, "When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order". The Parties state that, as detailed herein, their request for enlargement is being made before the expiration of the period.

4. The Parties state that they require additional time to Meet and Confer and file all associated documents. Lead counsel for DynCorp, George Ruttinger, is currently recovering from eye surgery and is unable to participate in the Meet and Confer in the next several days. Counsel for EDO and DynCorp wish to Meet and Confer after the Court has resolved their following pending dispositive motions: EDO's Motion to Dismiss for Lack of Personal Jurisdiction, Failure to State a Claim and to Dismiss or Transfer for Improper Venue and DynCorp's Motion to Transfer Under 18 U.S.C. §1404(a) or in the Alternative Dismiss Under Fed. R. Civ. P. 12(b)(3). Counsel for WWNS states that their preference is to hold the Meet and Confer when Mr.

---

page statement of the facts of the case and the statutory basis for all causes of action and defenses." (emphasis original).

Ruttinger believes he will be recovered, and when counsel for EDO is also available, on December 27, 2006. However, should the Court prefer to postpone the Meet and Confer obligations until after such motions are resolved, WWNS counsel will defer to the preference of the Court.

5. Thus, the Parties request an enlargement of time to complete their Meet and Confer obligations until: (1) after the Court resolves EDO and DynCorp's pending dispositive motions; or (2) December 27, 2006.

6. This Court has the authority to grant such an enlargement of time. *See Hetzel v. Bethlehem Steel Corp.*, 50 F.3d 360, 367 (5th Cir. 1995) (observing that district courts are granted "broad discretion" under Rule 6(b) to expand filing deadlines); *See also Creedon v. Taubman,* 8 F.R.D. 268 (D. Ohio 1947) (holding that extensions of time may always be asked for and usually are granted on showing of good cause if timely made under Fed. R. Civ. P. 6(b)(1)). The Parties respectfully submit that they have shown "cause" pursuant to Federal Rule of Civil Procedure 6(b), as well as "sufficient reasons" pursuant to LCvR 16.3, for their request.

7. The Court's granting of this Motion will have no effect on other previously set deadlines in this case.

8. Pursuant to LCvR 7(m), counsel for the parties spoke by telephone on December 14, 2006 and all consented to the joint filing of the instant motion.

9. Granting the instant motion would not prejudice any party as the proposed enlargement of time would apply equally to Defendants and to Plaintiff.

WHEREFORE, the Parties respectfully request the Court enter an Order granting an enlargement of time to complete their Meet and Confer obligations until: (1) after the Court resolves EDO and DynCorp's pending dispositive motions; or (2) December 27, 2006.

A proposed order is filed concurrently herewith.

Dated:   Washington, D.C.
         December 14, 2006

Respectfully submitted,

/s/ William M. Sullivan, Jr.
William M. Sullivan, Jr.
    Federal Bar No. 467269
        Email: wsullivan@winston.com
Sarah M. Hall
    Federal Bar No. 479119
        Email: smhall@winston.com
Ryan S. Spiegel
    Federal Bar No. 489103
        Email: rspiegel@winston.com
**WINSTON & STRAWN LLP**
1700 K Street, N.W.
Washington, D.C. 20006
Tel. (202) 282-5000
Fax (202) 282-5100

*Counsel for Defendant EDO Corporation*

/s/ George D. Ruttinger
George D. Ruttinger (Bar No. 214445)
**CROWELL & MORING LLP**
1001 Pennsylvania Ave., NW
Washington, D.C. 20004-2595
Phone: 202-624-2670
Fax: 202-628-5116

*Attorney for Defendant DynCorp International LLC*

/s/ Michele A. Roberts
Michele A. Roberts (D.C. Bar No. 337998)
Anthony T. Pierce (D.C. Bar No. 415263)
Debra A. Drake (D.C. Bar No. 479907)
Jonathan P. Robell (D.C. Bar No. 493977)
**Akin Gump Strauss Hauer & Feld, LLP**
1333 New Hampshire Avenue, NW
Washington, DC 20036
Telephone: 202.887.4000
Facsimile: 202.887.4288

*Counsel for Plaintiff Worldwide Network Services, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2006, a copy of the foregoing *CONSENT MOTION FOR ENLARGEMENT OF TIME TO MEET AND CONFER AND TO FILE ASSOCIATED DOCUMENTS* was filed electronically. I understand that pursuant to Local Civil Rule 5.4(d), electronic filing of the aforementioned Disclosure operates to effect service on all counsel, because all counsel have obtained CM/ECF passwords.

/s/ William M. Sullivan, Jr.
William M. Sullivan, Jr.

DC:495631.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WORLDWIDE NETWORK SERVICES, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DYNCORP INTERNATIONAL, LLC, )<br>and EDO CORPORATION. )<br>)<br>Defendants. )<br>_____) | Case No. 1:06-CV-01717<br>Judge Richard J. Leon |

**PROPOSED ORDER**

After having reviewed the Parties' memorandum as well as the pertinent facts, statutes, case law, and other relevant materials, the *CONSENT MOTION FOR ENLARGEMENT OF TIME TO MEET AND CONFER AND TO FILE ASSOCIATED DOCUMENTS* is hereby

GRANTED, and the Parties' time to complete their Meet and Confer obligations is extended until:

_____ after the Court resolves EDO and DynCorp's pending dispositive motions;

OR

_____ December 27, 2006.

**SO ORDERED.**

                                                                                        The Honorable Richard J. Leon
                                                                                        United States District Judge