**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| WORLDWIDE NETWORK SERVICES, LLC, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Case No. 1:06cv01717 (RJL) |
| DYNCORP INTERNATIONAL, LLC, | ) ) | Judge Richard J. Leon |
| and | ) ) | |
| EDO CORPORATION, | ) ) | |
| Defendants. | ) ) ) | |

**CONSENT MOTION TO CONTINUE STATUS**
**HEARING**

Plaintiff Worldwide Network Services, LLC ("WWNS"), together with Defendants DynCorp International, LLC ("DynCorp") and EDO Corporation ("EDO") through undersigned counsel, respectfully move this Court to continue the status hearing presently scheduled for January 23, 2007. Specifically, the parties request that the hearing be re-scheduled to January 26, 2007 or any date convenient to the Court during the week of January 27, 2007.

As grounds for this Motion, the parties submit the following:

1. By Order issued on December 18, 2006, the Court scheduled a status hearing to be convened on January 23, 2007.

2. Undersigned counsel for WWNS – Michele Roberts, Esq. – is scheduled to participate in a trial advocacy workshop in Cambridge, Massachusetts from January 22 – January 24,

2007. Accordingly, a continuance of the presently scheduled January 23 status hearing is requested.

3. All counsel for the parties are available on January 26, 2007 and during the week of January 28, 2007 for a status hearing in this matter.

WHEREFORE, for the above-stated reasons as well as any others which might appear to the Court, the parties respectfully request that this Motion be granted.

Dated: December 19, 2006                Respectfully submitted,

/s/ Michele A. Roberts
Michele A. Roberts (D.C. Bar No. 337998)
Anthony T. Pierce (D.C. Bar No. 415263)
Debra A. Drake (D.C. Bar No. 479907)
Jonathan P. Robell (D.C. Bar. No. 493977)
**AKIN GUMP STRAUSS HAUER & FELD, LLP**
1333 New Hampshire Avenue, NW
Washington, DC  20036
Telephone: (202) 887-4000
Facsimile:  (202) 887-4288

*Counsel for Plaintiff Worldwide Network Services, LLC*

/s/ William M. Sullivan, Jr.
William M. Sullivan, Jr. (Fed. Bar No. 467269)
Sarah M. Hall (Fed. Bar No. 479119)
Ryan S. Spiegel (Fed. Bar No. 489103)
**WINSTON & STRAWN LLP**
1700 K Street, NW
Washington, DC 20006
Telephone: (202) 282-5000
Facsimile (202) 282-5100

*Counsel for Defendant EFDO Corporation*

/s/ George D. Ruttinger
George D. Ruttinger (Bar No. 214445)
**CROWELL & MORING LLP**
1001 Pennsylvania Ave., NW
Washington, DC 20004-2595
Telephone: (202) 624-2670
Facsimile (202) 628-5116

*Counsel for Defendant DynCorp International LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2006, I caused a copy of the foregoing Notice of Appearance to be filed electronically. I understand that, pursuant to Local Civil Rule 5.4(d), notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Michele A. Roberts

Michele A. Roberts

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **WORLDWIDE NETWORK SERVICES, LLC,** | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **Case No. 1:06cv01717 (RJL)** |
| **DYNCORP INTERNATIONAL, LLC,** | ) ) ) | **Judge Richard J. Leon** |
| and | ) ) | |
| **EDO CORPORATION,** | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Upon consideration of the parties Consent Motion To Continue Status Hearing, it is hereby Ordered that said Motion is **GRANTED.**

The presently scheduled January 23, 2007 status hearing is vacated. A status hearing shall be held on _____, 2007 at _____ am/pm.

_____
**THE HONORABLE RICHARD J. LEON**
**District Judge**

**Date:** _____