UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 7 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **WORLDWIDE NETWORK SERVICES, LLC,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) Civil Case No. 06-1717 (RJL)<br>)<br>) |
| **DYNCORP INTERNATIONAL,** *et al.* | )<br>)<br>) |
| **Defendants.** | )<br>) |

## ORDER

For the reasons set forth in the Memorandum Opinion above, it is this 7th day of June, 2007, hereby

**ORDERED** that defendants' Motions to Transfer [# 10, #14] are **GRANTED**; and it is further

**ORDERED** that the case be transferred to the Eastern District of Virginia.

**SO ORDERED.**

_____
**RICHARD J. LEON**
**United States District Judge**